UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11-CR-30069-001-MJR |
| | ) | |
| v. | ) | |
| | ) | |
| Mary S. Becker, | ) | |
| | ) | |
| Defendant, | ) | |
| ==================================== | ) | |
| Eagle One Investments, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER

Before the Court is the United States of America's motion to dismiss the Garnishment issued in this case to Eagle One Investments (Doc 63). Pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause shown, the motion (Doc. 63) is **GRANTED**.

**IT IS HEREBY ORDERED** that the Garnishment issued to Eagle One Investments (Doc. 53) is hereby **DISMISSED.**

**T IS SO ORDERED**.

DATED: April 27, 2012

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**